1  Alan P. Block (SBN 143783)
   ablock@mckoolsmith.com
2  MCKOOL SMITH HENNIGAN, P.C.
   300 South Grand Avenue, Suite 2900
3  Los Angeles, California 90071
   Telephone: (213) 694-1200
4  Facsimile: (213) 694-1234

5
   David Sochia (TX SBN 00797470)
6   (*Pro Hac Vice to be Submitted*)
   dsochia@mckoolsmith.com
7  Ashley N. Moore (TX SBN 24074748)
    (*Pro Hac Vice to be Submitted*)
8  amoore@mckoolsmith.com
   Alexandra F. Easley (TX SBN 24099022)
9   (*Pro Hac Vice to be Submitted*)
   aeasley@mckoolsmith.com
10 MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 1500
11 Dallas, Texas 75201
   Telephone:  (214) 978-4000
12 Facsimile:   (214) 978-4044

13
   James E. Quigley (TX SBN 24075810)
14  (*Pro Hac Vice to be Submitted*)
   jquigley@mckoolsmith.com
15 MCKOOL SMITH, P.C.
   300 W. 6th Street, Suite 1700
16 Austin, Texas 78701
   Telephone:  (512) 692-8700
17 Facsimile:  (512) 692-8744

18 Attorneys for Plaintiff
   PALO ALTO RESEARCH CENTER INC.
19

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10753 |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT FOR PALO ALTO RESEARCH CENTER INC.** |
| FACEBOOK, INC., | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Palo Alto Research Center Inc. ("PARC") states:

- Plaintiff PARC hereby certifies that it is a wholly-owned subsidiary of Xerox Corporation.
- Xerox Corporation is a wholly-owned subsidiary of Xerox Holdings Corporation.
- No publicly held company owns more than 10% of Xerox Holdings Corporation's outstanding common stock.

DATED: November 25, 2020

Respectfully submitted,

MCKOOL SMITH, P.C.

BY: */s/ Alan P. Block*

ALAN P. BLOCK

ATTORNEYS FOR PLAINTIFF
PALO ALTO RESEARCH CENTER INC.