Name and address:
MCKOOL SMITH, P.C.
Ashley N. Moore (TX Bar No. 24074748)
300 Crescent Court, Suite 1500
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>v.<br>Plaintiff(s)<br><br>FACEBOOK, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-10753<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Moore, Ashley N.     of     MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*     300 Crescent Court, Suite 1500
(214) 978-4000     (214) 978-4044     Dallas, Texas 75201
*Telephone Number*     *Fax Number*
amoore@mckoolsmith.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Block, Alan P.     of     MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*     300 South Grand Avenue, Suite 2900
143783     (213) 694-1200     (213) 694-1234     Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
ablock@mckoolsmith.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1