Name and address:

MCKOOL SMITH, P.C.
James E. Quigley (TX Bar No. 24075810)
300 W. 6th Street, Suite 1700
Austin, TX 78701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant(s), | CASE NUMBER<br><br>2:20-cv-10753<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Quigley, James E.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

McKool Smith, P.C.
*Firm/Agency Name*

300 W. 6th Street, Suite 1700          (512) 692-8700          (512) 692-8744
                                       *Telephone Number*      *Fax Number*
*Street Address*

Austin, TX 78701                                               jquigley@mckoolsmith.com
*City, State, Zip Code*                                        *E-mail Address*

**I have been retained to represent the following parties:**

Palo Alto Research Center Inc.                 ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
_____                ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Texas | 11/4/2011 | Active Member in Good Standing |
| U.S. District Court, EDTX | 11/9/2011 | Active Member in Good Standing |
| U.S. District Court, NDTX | 6/27/2012 | Active Member in Good Standing |