Name and address:
MCKOOL SMITH, P.C.
Alexandra F. Easley (TX Bar No. 24099022)
300 Crescent Court, Suite 1500
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>v.<br>Plaintiff(s)<br><br>FACEBOOK, INC.<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-10753<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Easley, Alexandra F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 978-4000
*Telephone Number*

(214) 978-4044
*Fax Number*

aeasley@mckoolsmith.com
*E-Mail Address*

of
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Block, Alan P.
*Designee's Name (Last Name, First Name & Middle Initial)*

143783
*Designee's Cal. Bar No.*

(213) 694-1200
*Telephone Number*

(213) 694-1234
*Fax Number*

ablock@mckoolsmith.com
*E-Mail Address*

of
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge