Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
 (*Pro Hac Vice to be Submitted*)
dsochia@mckoolsmith.com
Ashley N. Moore (TX SBN 24074748)
 (*Pro Hac Vice to be Submitted*)
amoore@mckoolsmith.com
Alexandra F. Easley (TX SBN 24099022)
 (*Pro Hac Vice to be Submitted*)
aeasley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 978-4000
Facsimile:    (214) 978-4044

James E. Quigley (TX SBN 24075810)
 (*Pro Hac Vice to be Submitted*)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:   (512) 692-8700
Facsimile:  (512) 692-8744

Attorneys for Plaintiff
PALO ALTO RESEARCH CENTER INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>FACEBOOK, INC., )<br><br>Defendant. ) | Case No. 2:20-cv-10753<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION TO APPEAR PRO HAC VICE FOR JAMES E. QUIGLEY** |

On November 25, 2020, an Application to Appear Pro Hac Vice was filed on behalf of Plaintiff Palo Alto Research Center Inc. for Non-Resident James E. Quigley (Dkt. 10, "Application"). The Application included an incorrect Proposed Order.

In light of this, Plaintiff Palo Alto Research Center Inc. notifies the Court that it withdraws Mr. Quigley's Application and will file a new Application, with an appropriate Proposed Order, to Appear Pro Hac Vice.

DATED: November 25, 2020                    Respectfully submitted,

                                            MCKOOL SMITH, P.C.


                                            BY: */s/ Alan P. Block*

                                            ALAN P. BLOCK

                                            ATTORNEYS FOR PLAINTIFF
                                            PALO ALTO RESEARCH CENTER INC.