# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Palo Alto Research Center Inc., | CASE NUMBER |
|---|---|
| v.    PLAINTIFF(S) | CV 20-10753-ODW(MRW) |
| Facebook, Inc., | ☐ NOTICE    ☒ NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE |
| DEFENDANT(S). | |

IT IS HEREBY ORDERED, pursuant to General Order 19-10, that:

☒ this case be transferred to the Patent Pilot Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

November 30, 2020                                          _[signature]_
_____                        _____
Date                                                             United States District Judge / Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

As ordered above, or as directed by General Order 19-10 without need of further order, this case has been reassigned as follows:

☒ from Judge   Otis D. Wright, II
   to Judge    Andre Birotte, Jr.                 , for all further proceedings.

☐ from Magistrate Judge  _____
   to Magistrate Judge   _____  , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials   AB   after the case number, so that the case number will now read :

2:20-cv-10753 AB(MRWx)

This is very important because documents are routed to the assigned judges by means of these initials.

cc:  ☐ *Previous Judge(s)*