# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>v.<br>Plaintiff(s)<br><br>FACEBOOK, INC.<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-10753<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Moore, Ashley N. of MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)* 300 Crescent Court, Suite 1500
(214) 978-4000  (214) 978-4044 Dallas, Texas 75201
*Telephone Number   Fax Number*
amoore@mckoolsmith.com
*E-Mail Address*  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*  [X] Plaintiff(s) [ ] Defendant(s) [ ] Other: ____

and designating as Local Counsel
Block, Alan P. of MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)* 300 South Grand Avenue, Suite 2900
143783  (213) 694-1200  (213) 694-1234 Los Angeles, CA 90071
*Designee's Cal. Bar No.  Telephone Number  Fax Number*
ablock@mckoolsmith.com
*E-Mail Address*  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
[ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
[ ] for failure to complete Application: ____
[ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
[ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
[ ] because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, [ ] be refunded [X] not be refunded.

Dated 12/3/2020

*U.S. District Judge/U.S. Magistrate Judge*