**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>                 v.                     Plaintiff(s)<br><br>FACEBOOK, INC.<br><br>                                 Defendant(s). | CASE NUMBER<br><br>1:20-cv-10753<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Quigley, James E.    of    MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    300 W. 6th Street, Suite 1700
(512) 692-8700    (512) 692-8686    Austin, TX 78701
*Telephone Number    Fax Number*
jquigley@mckoolsmith.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Block, Alan P.    of    MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*    300 South Grand Avenue, Suite 2900
143783    (213) 694-1200    (213) 694-1234    Los Angeles, CA 90071
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
ablock@mckoolsmith.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
           [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           [ ] for failure to complete Application: _____
           [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
           [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, [ ] be refunded  [X] not be refunded.

Dated   12/3/2020    _____
                                     U.S. District Judge/U.S. Magistrate Judge