| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ALAN P. BLOCK, ESQ. (SBN 143783)<br>**McKOOL SMITH HENNIGAN, P.C.**<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 694-1200    FAX NO. (Optional): (213) 694-1234<br>E-MAIL ADDRESS (Optional): ablock@mckoolsmith.com<br>ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: PALO ALTO RESEARCH CENTER INC.<br>DEFENDANT/RESPONDENT: FACEBOOK, INC. | CASE No.:<br>2:20-cv-10753 ODW (MRWx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>MCKSMDAL-0143386.GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons in a Civil Action
   b. [X] Complaint for Patent Infringement - Demand for Jury Trial
   c. [X] Civil Cover Sheet
   d. [X] Other *(specify documents):* CORPORATE DISCLOSURE STATEMENT FOR PALO ALTO RESEARCH CENTER INC. - DEMAND FOR JURY TRIAL; PALO ALTO RESEARCH CENTER INC.'S NOTICE OF RELATED CASES [Local Rule 83-1.3.1]; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
   e. [ ] First Amended Complaint
   f. [ ] Second Amended Complaint
   g. [ ] Third Amended Complaint
3. a. Party served *(specify name of party as shown on documents served):*
      **FACEBOOK, INC.**
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **CORPORATION SERVICE COMPANY d/b/a CSC LAWYERS INCORPORATING SERVICE, AGENTS FOR SERVICE By leaving with NICOLE STRAUSS, AUTHORIZED TO ACCEPT**
4. Address where the party was served: **2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833**
5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 12/01/2020    (2) at *(time):* 1:00 PM
   b. [ ] **By Substituted Service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*
      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):*    from *(city):*    or [ ] A Declaration of Mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF/PETITIONER: PALO ALTO RESEARCH CENTER INC. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: FACEBOOK, INC. | 2:20-cv-10753 ODW (MRWx) |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):  (2) from (city):

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] Other

7. **Person who served papers**
   a. Name: BYRON DONEZA
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 195.00
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i)   [ ] Owner   [ ] Employee   [X] Independent contractor.
         (ii)  Registration No.: 2018-54
         (iii) County: SACRAMENTO

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: December 02, 2020

BYRON DONEZA  ▶  *(signed)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   (SIGNATURE)

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com