# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>Plaintiff(s)<br>v.<br><br>FACEBOOK, INC.<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-10753<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sochia, David — of MCKOOL SMITH, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 978-4000     (214) 978-4044
*Telephone Number*     *Fax Number*

dsochia@mckoolsmith.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Palo Alto Research Center Inc.

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other:

*Name(s) of Party(ies) Represented*

and designating as Local Counsel

Block, Alan P. — of MCKOOL SMITH HENNIGAN, P.C., 300 South Grand Avenue, Suite 2900, Los Angeles, CA 90071
*Designee's Name (Last Name, First Name & Middle Initial)*

143783     (213) 694-1200     (213) 694-1234
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

ablock@mckoolsmith.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, [ ] be refunded [X] not be refunded.

Dated   December 7, 2020

*U.S. District Judge/U.S. Magistrate Judge*