# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.<br><br>Plaintiff(s),<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–10753–AB–MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   12/4/2020

Document Number(s):   22

Title of Document(s):   Proof of Service of Summons

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of Summons and Complaint Returned Executed (21 days). The filer used the event, Service of Summons and Complaint Returned Executed (30 day), for docketing this filing. The 30–day event is used for Freedom of Information Act cases, only

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 8, 2020         By: /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.