UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PALO ALTO RESEARCH CENTER INC.

    Plaintiff(s),

VS.

CASE NO. 2:20-CV-10753-AB-MRW

FACEBOOK, INC.

    Defendant(s).

## AFFIDAVIT OF SERVICE

Came to my hand on **Friday, December 11, 2020 at 11:40 AM**,
Executed at: **2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833**
within the county of **SACRAMENTO** at **2:07 PM**, on **Friday, December 11, 2020**,
by individually and personally delivering to the within named:

**FACEBOOK, INC.**

By delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**, by delivering to its **Authorized Agent, SUSIE VANG**, a true copy of this

**STANDING ORDER**

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **MATTHEW LEONARDO** who after being duly sworn on oath states: "My name is **MATTHEW LEONARDO**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**MATTHEW LEONARDO**-PROCESS SERVER

Subscribed and Sworn to by MATTHEW LEONARDO, Before Me, the undersigned authority, on this ___15___ day of December, 2020.

_____
Notary Public in and for the State of California



KRISTA CANTU
Commission # 2197429
Notary Public - California
Santa Clara County
My Comm. Exp: MAY 15, 2021