COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753-AB-MRW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. Andre Birotte Jr. <br> Courtroom: 10C <br><br> Complaint Served: December 1, 2020 <br> Current response date: December 22, 2020 <br> New response date: February 5, 2021 |

Pursuant to Local Rules 7-1 and 8-3, Plaintiff Palo Alto Research Center, Inc. ("PARC") and Defendant Facebook, Inc. ("Facebook"), through their undersigned counsel, stipulate as follows:

WHEREAS, on November 25, 2020, PARC filed its initial Complaint for Patent Infringement ("Complaint") against Facebook in the above-captioned matter;

1.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:20-CV-10753-AB-MRW

WHEREAS, on December 1, 2020, Facebook was served with a summons and the Complaint;

WHEREAS, PARC has agreed to a 45-day extension, up to and including February 5, 2021, for Facebook to respond to the Complaint;

WHEREAS, Defendant believes that the requested extension will benefit the parties by allowing Defendant's counsel to become knowledgeable about the case and evaluate and appropriately respond to the allegations in the Complaint;

WHEREAS, no previous extensions of time have been requested and no extension is being sought for the purposes of delay; and

WHEREAS, the requested extension will not impact any other deadlines in the case;

IT IS THEREFORE STIPULATED AND AGREED that Facebook shall have a 45-day extension, up to and including February 5, 2021, to answer or otherwise respond to the Complaint.

Respectfully Submitted,

Dated: December 18, 2020

/s/ David Sochia
Alan P. Block (143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (admitted *Pro Hac Vice*)
dsochia@mckoolsmith.com
Ashley N. Moore (admitted *Pro Hac Vice*)
amoore@mckoolsmith.com
Alexandra F. Easley (admitted *Pro Hac Vice*)
aeasley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (admitted *Pro Hac Vice*)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for Plaintiff*
*Palo Alto Research Center Inc.*

Dated: December 18, 2020

/s/ Heidi L. Keefe
Heidi L. Keefe (178960)
(hkeefe@cooley.com)
Mark R. Weinstein (193043)
(mweinstein@cooley.com)
Lowell Mead (223989)
(lmead@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Emily E. Terrell (234353)
(eterrell@cooley.com)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Defendant*
*Facebook, Inc.*

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: December 18, 2020          Respectfully submitted,

*/s/ Heidi L. Keefe*
Heidi L. Keefe

*Attorney for Defendant*
*Facebook, Inc.*