| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Heidi L. Keefe (CA Bar 178960) <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, CA  94304 <br> Telephone: (650) 843-5000 <br> Facsimile:  (650) 849-7400 | |
| ATTORNEY(S) FOR: Defendant Facebook, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff(s), <br> v. <br><br> FACEBOOK, INC. <br><br> Defendant(s) | CASE NUMBER: <br> 2:20-cv-10753-AB-MRW <br><br><br> **CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Facebook, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Facebook, Inc. | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1-1, Defendant Facebook, Inc. ("Facebook"), by its undersigned counsel, hereby discloses that Facebook does not have a parent corporation. To Facebook's knowledge, as of April 10, 2020, there is no publicly held corporation that owns more than 10 percent of Facebook's stock. |

| December 18, 2020 | /s/ Heidi L. Keefe |
|---|---|
| Date | Signature <br> Heidi L. Keefe |

Attorney of record for (or name of party appearing in pro per):

Defendant Facebook, Inc.

---

CV-30 (05/13)   **NOTICE OF INTERESTED PARTIES**



American LegalNet, Inc. <br> www.FormsWorkFlow.com