UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753-AB-MRW <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. André Birotte, Jr. <br> Courtroom: 10C <br><br> Complaint Served: December 1, 2020 <br> Current response date: December 22, 2020 <br> New response date: February 5, 2021 |

Upon consideration of the Stipulation to Extend Time to Respond to Complaint ("Stipulation") filed by Plaintiff Palo Alto Research Center Inc. and Defendant Facebook, Inc., and for good cause shown,

IT IS HEREBY ORDERED THAT Facebook, Inc. shall have a 45-day extension of up to and including February 5, 2021 to respond to the Complaint.

Dated: December 23, 2020

_____
Hon. André Birotte, Jr.
United States District Judge

1.