COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  2:20-cv-10753-AB-MRW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Andre Birotte Jr.<br>Courtroom:  10C<br><br>Complaint Served:  December 1, 2020<br>Current response date:  February 5, 2021<br>New response date:  February 12, 2021 |

Pursuant to Local Rules 7-1 and 8-3, Plaintiff Palo Alto Research Center, Inc. ("PARC") and Defendant Facebook, Inc. ("Facebook"), through their undersigned counsel, stipulate as follows, subject to the approval of the Court:

WHEREAS, on November 25, 2020, PARC filed its initial Complaint for Patent Infringement ("Complaint") against Facebook in the above-captioned matter;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:20-CV-10753-AB-MRW

WHEREAS, on December 1, 2021, Facebook was served with a summons and the Complaint;

WHEREAS, on December 18, 2020, the parties filed a Stipulation to Extend Time to Respond to the Complaint by forty-five (45) days to February 5, 2021 (Dkt. No. 26);

WHEREAS, on December 23, 2020, the Court granted the Stipulation to Extend Time to Respond to the Complaint and extended the deadline for Facebook to respond to the Complaint to February 5, 2021 (Dkt. No. 31);

WHEREAS, Facebook has requested, and PARC has agreed to, an additional 7-day extension up to and including February 12, 2021 for Facebook to respond to the Complaint;

WHEREAS, Facebook believes good cause exists for the requested extension by allowing Facebook's counsel additional time to further evaluate and appropriately respond to the Complaint;

WHEREAS, this extension is sought in good faith and not for the purposes of delay; and

WHEREAS, the requested extension will not impact any other deadlines in the case;

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that Facebook shall have an additional 7-day extension, up to and including February 12, 2021, to answer or otherwise respond to the Complaint.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:20-CV-10753-AB-MRW

| | | |
|---|---|---|
| 1 | Dated: January 28, 2021 | Respectfully submitted, |
| 2 | | |

/s/ James E. Quigley                         /s/ Heidi L. Keefe

Alan P. Block (SBN 143783)              Heidi L. Keefe (178960)
ablock@mckoolsmith.com                (hkeefe@cooley.com)
MCKOOL SMITH HENNIGAN, P.C.     Mark R. Weinstein (193043)
300 South Grand Avenue, Suite 2900  (mweinstein@cooley.com)
Los Angeles, California 90071            Lowell Mead (223989)
Telephone: (213) 694-1200                (lmead@cooley.com)
Facsimile: (213) 694-1234                 COOLEY LLP
                                                         3175 Hanover Street
David Sochia (TX SBN 00797470)      Palo Alto, CA  94304-1130
(admitted Pro Hac Vice)                    Telephone:  (650) 843-5000
dsochia@mckoolsmith.com              Facsimile:    (650) 849-7400
Ashley N. Moore (TX SBN 24074748)
(admitted Pro Hac Vice)                    Emily E. Terrell (234353)
amoore@mckoolsmith.com              (eterrell@cooley.com)
Alexandra F. Easley (TX SBN            COOLEY LLP
24099022)                                          1299 Pennsylvania Avenue, NW
(admitted Pro Hac Vice)                    Suite 700
aeasley@mckoolsmith.com             Washington, DC 20004-2400
MCKOOL SMITH, P.C.                       Telephone:  (202) 842-7800
300 Crescent Court, Suite 1500         Facsimile:  (202) 842-7899
Dallas, Texas 75201
Telephone: (214) 978-4000                *Attorneys for Defendant*
Facsimile: (214) 978-4044                *Facebook, Inc.*

James E. Quigley (TX SBN 24075810)
(admitted Pro Hac Vice)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for Plaintiff*
*Palo Alto Research Center Inc.*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:20-CV-10753-AB-MRW

## **ATTESTATION OF AUTHORIZATION**

  Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 28, 2021        Respectfully submitted,

              */s/ Heidi L. Keefe*
              Heidi L. Keefe

              *Attorney for Defendant*
              *Facebook, Inc.*

Cooley LLP
Attorneys At Law
Palo Alto

4.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:20-CV-10753-AB-MRW

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system, which constitutes service on all counsel of record to this action.

Dated: January 28, 2021                    Respectfully submitted,

*/s/ Heidi L. Keefe*
Heidi L. Keefe

*Attorney for Defendant Facebook, Inc.*

Cooley LLP
Attorneys At Law
Palo Alto

5.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:20-cv-10753-AB-MRW