1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No.  2:20-cv-10753-AB-MRW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Andre Birotte Jr.<br>Courtroom:  10C<br><br>Complaint Served:  December 1, 2020<br>Current response date:  February 5, 2021<br>New response date:  February 12, 2021 |

Upon consideration of the Stipulation to Extend Time to Respond to Complaint ("Stipulation") filed by Plaintiff Palo Alto Research Center Inc. and Defendant Facebook, Inc., and for good cause shown,

IT IS HEREBY ORDERED THAT Facebook, Inc. shall have a 7-day extension of up to and including February 12, 2021 to respond to the Complaint.

Dated: _____

_____
Hon. Andre Birotte Jr.
United States District Judge