1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PALO ALTO RESEARCH CENTER INC.,

                    Plaintiff,

     v.

FACEBOOK, INC.,

                    Defendant.

Case No.  2:20-cv-10753-AB-MRW

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Judge:  Hon. Andre Birotte Jr.
Courtroom:  10C

Complaint Served:  December 1, 2020
Current response date:  February 5, 2021
New response date:  February 12, 2021

     Upon consideration of the Stipulation to Extend Time to Respond to Complaint ("Stipulation") filed by Plaintiff Palo Alto Research Center Inc. and Defendant Facebook, Inc., and for good cause shown,

     IT IS HEREBY ORDERED THAT Facebook, Inc. shall have a 7-day extension of up to and including February 12, 2021 to respond to the Complaint.

Dated: February 01, 2021

_____
Hon. André Birotte, Jr.
United States District Judge

1.