COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753-AB-MRW <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) BY FACEBOOK, INC.** <br><br> DATE: March 19, 2021 <br> TIME: 10:00 A.M. <br> COURTROOM: 7B <br> JUDGE: Hon. André Birotte Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on March 19, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant Facebook, Inc. ("Facebook") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice the complaint of plaintiff Palo Alto Research Foundation, Inc. ("PARC") for failure to state a claim as to U.S. Patent Nos. 8,489,599 ("the '599 patent") and 9,208,439 ("the '439 patent").  The claims of these patents are directed to patent ineligible subject matter and invalid under 35 U.S.C. § 101.  Facebook bases this motion on this notice and supporting memorandum and points and authorities, the reply in support thereof, the arguments of counsel, and any other evidence that may be presented at the hearing on this matter.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 19, 2021.

Dated: February 12, 2021

COOLEY LLP

*/s/ Heidi L. Keefe*
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400

EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant
Facebook, Inc.