| | |
|---|---|
| 1 | COOLEY LLP |
| | HEIDI L. KEEFE (178960) |
| 2 | (hkeefe@cooley.com) |
| | MARK R. WEINSTEIN (193043) |
| 3 | (mweinstein@cooley.com) |
| | LOWELL D. MEAD (223989) |
| 4 | (lmead@cooley.com) |
| | 3175 Hanover Street |
| 5 | Palo Alto, CA  94304-1130 |
| | Telephone:   (650) 843-5000 |
| 6 | Facsimile:    (650) 849-7400 |
| 7 | COOLEY LLP |
| | EMILY E. TERRELL (234353) |
| 8 | (eterrell@cooley.com) |
| | 1299 Pennsylvania Avenue, NW |
| 9 | Suite 700 |
| | Washington, DC 20004-2400 |
| 10 | Telephone:  (202) 842-7800 |
| | Facsimile:  (202) 842-7899 |
| 11 | |
| | Attorneys for Defendant |
| 12 | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No.  2:20-cv-10753-AB-MRW |
| Plaintiff, | **DECLARATION OF LOWELL D. MEAD IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS** |
| v. | |
| FACEBOOK, INC., | DATE:  March 19, 2021 |
| Defendant. | TIME:  10:00 A.M. |
| | COURTROOM: 7B |
| | JUDGE:  Hon. André Birotte Jr. |

I, Lowell D. Mead, declare:

1. I am a partner with Cooley LLP, counsel in this action for Defendant Facebook, Inc. ("Facebook"). I submit this declaration in support of Facebook's Motion to Dismiss. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. On January 19, 2021, counsel for Facebook including myself along with counsel for Twitter, Inc. and Snap Inc. met and conferred telephonically with counsel for Palo Alto Research Center, Inc. ("PARC") regarding Facebook's motion to dismiss.

3. Attached hereto as **Exhibit A** is a true and correct copy of a January 12, 2021 letter from counsel for Facebook to counsel for PARC.

4. Attached hereto as **Exhibit B** is a true and correct copy of a January 19, 2021 email from counsel for Facebook to counsel for PARC.

5. Attached hereto as **Exhibit C** is a true and correct copy of a January 22, 2021 letter from counsel for PARC to counsel for Facebook.

6. Attached hereto as **Exhibit D** is a true and correct copy of February 4, 2021 email correspondence between counsel for Facebook and counsel for PARC.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 8,489,599.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| Dated: February 12, 2021 | By: /s/ *Lowell D. Mead* <br> LOWELL D. MEAD (223989) <br> (lmead@cooley.com) <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Telephone:  +1 650 843 5000 <br> Facsimile:  +1 650 849 7400 <br><br> *Attorney for Defendant* <br> *Facebook, Inc.* |