UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753-AB-MRW <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) BY FACEBOOK, INC.** |

Having considered Facebook, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6), and for good case shown,

IT IS HEREBY ORDERED THAT Facebook's motion is GRANTED.

Dated: _____

_____
André Birotte Jr.
U.S. District Court Judge