# EXHIBIT D

|  | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 12/326,457 | BELLOTTI, VICTORIA M.E. |
|  | Examiner | Art Unit |
|  | Bai D. Vu | 2165 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _the Appeal Conference Request filed on 12/10/2012_.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are _1-5,7-17,19-25,27 and 28_. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☒ Interview Summary (PTO-413), Paper No./Mail Date _see attached_.
5. ☒ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/Bai D. Vu/
Primary Examiner, Art Unit 2165

Application/Control Number: 12/326,457 Page 2
Art Unit: 2165

## DETAILED ACTION

### *Response to Appeal Conference Request*

1. This office action has been issued in response to the Appeal Conference Request filed on 12/10/2012. Applicant's arguments in the Appeal Conference Request with respect to claims 1-5, 7-17, 19-25, 27 and 28 rejected under 35 U.S.C. § 103(a) have been fully considered and are persuasive. Accordingly, the previous office action has been withdrawn. Claims 1-5, 7-17, 19-25, 27 and 28 are currently pending in the application.

## EXAMINER'S AMENDMENT

2. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Mr. Jorge Campos (Reg. No. 62,872) on February 20, 2013.

3. **In claims**: Please replace claims 5 and 17 with the amended claims 5 and 17 as below:

5. (Currently Amended): The method of claim 4, wherein the method

Application/Control Number: 12/326,457 Page 3
Art Unit: 2165

further comprises updating entries in [[a]] the content database and updating the context entries in the context manager responsive to actions performed by the first user.

17. (Currently Amended): The computer-readable storage medium of claim 16, wherein the method further comprises updating entries in [[a]] the content database and updating the context entries in the context manager responsive to actions performed by the first user.

### Allowable Subject Matter

4.  Claims 1-5, 7-17, 19-25, 27 and 28 are allowed.

### Reasons for Allowance

5.  The following is an examiner's statement of reasons for allowance:

The This communication warrants no examiner's reason for allowance, as applicant's reply makes evident the reason for allowance, satisfying the record as whole as required by rule 37 CFR 1.104 (e). In this case, the substances of applicant's Appeal Conference Request filed on December 10, 2012 with respect to the claim limitations point out and make clear the reason claims are patentable over the prior arts of record such as Brandenberg et al. (US No. 2003/0063072 A1), Herz et al. (US No. 2009/0254971 A1), and Schultz et al. (US No. 2009/0265764 A1). Thus, the reason for allowance is in all probability evident from the record and no statement for examiner's reason for allowance is necessary (see MPEP 13202.14).

Application/Control Number: 12/326,457 Page 4
Art Unit: 2165

6. Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## Contact Information

7. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Bai D. Vu whose telephone number is (571) 270-1751. The examiner can normally be reached on Mon - Fri 8:30 - 5:00 EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Neveen Abel-Jalil can be reached on 571-272-4074. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Bai D. Vu/
Primary Examiner, Art Unit 2165
2/20/2013