# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff. <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753 AB(MRWx) <br><br> **[PROPOSED] ORDER DENYING FACEBOOK, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

The Court, having considered Facebook, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and Palo Alto Research Center Inc.'s response thereto, is of the opinion that the Motion should be denied. It is therefore:

ORDERED that Defendant Facebook, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED.

DATED:_____

André Birotte Jr.
United States District Judge