COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 2:20-cv-10753-AB-MRW<br><br>**REPLY DECLARATION OF LOWELL D. MEAD IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS**<br><br>DATE: March 19, 2021<br>TIME: 10:00 A.M.<br>COURTROOM: 7B<br>JUDGE: Hon. André Birotte Jr. |

I, Lowell D. Mead, declare:

1.  I am a partner with Cooley LLP, counsel in this action for Defendant Facebook, Inc. ("Facebook"). I submit this declaration in support of Facebook's Motion to Dismiss. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2.  On January 19, 2021, counsel for Facebook including myself along with counsel for Twitter, Inc. and Snap Inc. met and conferred telephonically with counsel for Palo Alto Research Center, Inc. ("PARC") regarding Facebook's motion to dismiss. At the start of the meet and confer discussion, counsel on behalf of the defendants referred to and reiterated the positions that had been set forth in the correspondence the defendants had sent to PARC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 5, 2021

By: /s/ *Lowell D. Mead*
LOWELL D. MEAD (223989)
(lmead@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  +1 650 843 5000
Facsimile:  +1 650 849 7400

*Attorney for Defendant Facebook, Inc.*