2

# JUDGE ANDRÉ BIROTTE JR.
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No.<br>2:20-cv-10753 AB(MRWx)<br>2:20-cv-10754-AB-MRW<br>2:20-cv-10755-AB-MRW | Case Name:<br>Palo Alto Research Center Inc. v. Facebook, Inc.<br>Palo Alto Research Center Inc. v. Twitter, Inc.<br>Palo Alto Research Center Inc. v. Snap Inc. |
|---|---|

| Trial and Final Pretrial Conference Dates | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|
| Check one: [X] Jury Trial  or  [ ] Court Trial<br>(*Tuesday* at 8:30 a.m., within 18 months after Complaint filed)<br>Estimated Duration: 5-9 Days (per trial) | 05/24/2022 | 02/20/2023 | [ ] Jury Trial<br>[ ] Court Trial<br>_____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>(*Friday* at 11:00 a.m., at least 17 days before trial) | 05/06/2022 | 02/03/2023 | |

| Event [1]<br>*Note*: Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Last Date to *Hear* Motion to Amend Pleadings /Add Parties [Friday] | | 08/27/2021 | 04/15/2022 | |
| Non-Expert Discovery Cut-Off<br>(**no later than deadline for *filing* dispositive motion**) | 17 | 12/02/2021 | 06/01/2022 | |
| Expert Disclosure (Initial) | | 12/09/2021 | 06/29/2022 | |
| Expert Disclosure (Rebuttal) | | 12/23/2021 | 07/27/2022 | |
| Expert Discovery Cut-Off | 12[2] | 01/07/2021 | 08/17/2022 | |
| Last Date to *Hear* Motions  [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 02/11/2022 | 11/18/2022 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select* one:  [ ] 1. Magistrate Judge *(with Court approval)*<br>           [ ] 2. Court's Mediation Panel<br>           [X] 3. Private Mediation | 10 | 02/25/2022 | 11/25/2022 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | 04/15/2022 | 01/13/2023 | |

| | | | | |
|---|---|---|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 04/22/2022 | 01/20/2023 | |

<sup>1</sup>  **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. <u>Class actions and patent and ERISA cases in particular may need to vary from the above.</u>**
<sup>2</sup>  **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**