| | |
|---|---|
| COOLEY LLP<br>Heidi L. Keefe (178960)<br>hkeefe@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | MCKOOL SMITH HENNIGAN, P.C.<br>Alan P. Block (143783)<br>ablock@mckoolsmith.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br><br>Attorneys for Plaintiff<br>PALO ALTO RESEARCH CENTER INC. |

*See Additional Counsel Next Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 2:20-cv-10753-AB-MRW<br><br>**JOINT STIPULATION RE STAY PENDING *INTER PARTES* REVIEW** |

*Additional Counsel:*

| | |
|---|---|
| COOLEY LLP<br>Mark R. Weinstein (193043)<br>mweinstein@cooley.com<br>Lowell D. Mead (223989)<br>lmead@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br><br>COOLEY LLP<br>Emily E. Terrell (234353)<br>eterrell@cooley.com<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842-7800<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | MCKOOL SMITH, P.C.<br>David Sochia (*pro hac vice*)<br>dsochia@McKoolSmith.com<br>Ashley N. Moore (*pro hac vice*)<br>amoore@McKoolSmith.com<br>Alexandra F. Easley (*pro hac vice*)<br>aeasley@McKoolSmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone (214) 978-4000<br><br>MCKOOL SMITH, P.C<br>James E. Quigley (*pro hac vice*)<br>jquigley@McKoolSmith.com<br>300 W. 6th Street, Suite 700<br>Austin, Texas 7870<br>Telephone: (512) 692-8700<br><br>Attorneys for Plaintiff<br>PALO ALTO RESEARCH CENTER INC. |

Pursuant to Local Rule 7-1, Plaintiff Palo Alto Research Center Inc. ("PARC"), and Defendant Facebook, Inc. ("Facebook") respectfully submit the following stipulation to stay the above-captioned action in view of petitions for *inter partes* review ("IPR"), subject to the Court's approval. A proposed order is submitted herewith.

Good cause exists for the requested relief in order to conserve resources and promote judicial economy for the Court and the parties. PARC currently asserts six patents against Facebook (the "Facebook Asserted Patents"). Two of the Facebook Asserted Patents (U.S. Patent Nos. 8,489,599 and 9,208,439) are currently challenged in pending IPR petitions filed by Snap Inc. ("Snap"), defendant in Case No. 2:20-cv-10755-AB-MRW ("the Snap action"). On July 1, 2021, the Court granted Snap's motion to stay the Snap action pending IPR. Case No. 2:20-cv-10755-AB-MRW, Dkt. No. 50. Twitter, Inc., defendant in Case No. 2:20-cv-10754-AB-MRW ("the Twitter action"), has informed PARC that Twitter plans to challenge four of the Facebook Asserted Patents (U.S. Patent Nos. 8,489,599, 9,208,439, 8,606,781 and 7,043,475) in forthcoming IPR petitions (to be filed by August 31, 2021). Facebook has informed PARC that Facebook intends to file IPR petitions challenging all of the Facebook Asserted Patents.

In view of the foregoing, PARC and Facebook have conferred and agreed, subject to the Court's approval, to stay this action as of July 2, 2021 on condition that Facebook will complete its filing of petitions for IPR of all Facebook Asserted Patents no later than August 31, 2021. Accordingly, PARC and Facebook respectfully agree as follows, subject to the Court's approval:

- The above-captioned action is hereby stayed as of July 2, 2021 and all currently scheduled dates are vacated.

- The parties will submit a joint status report every 30 days or 10 days after the PTAB decides whether to institute any of Facebook's IPR petitions, whichever is sooner.
- Facebook agrees that it will not rely upon any IPR petitions filed after August 31, 2021 in seeking to maintain a stay.
- The parties, either jointly or individually, may move the Court to re-open all or part of this case if and/or when any claims from any of the Facebook Asserted Patents remain live and/or unchallenged due to: (1) Facebook's failure to file an IPR petition on all asserted claims of all Facebook Asserted Patents, (2) the PTAB's denial of institution on any asserted claim of any Facebook Asserted Patent, (3) the PTAB's final written decision upholding validity of any asserted claim of any Facebook Asserted Patent, and/or (4) the dismissal of Facebook's IPR petition(s) for any reason.  Notwithstanding the foregoing, the Court is not required to grant a motion to re-open based on the occurrence of any of the above-mentioned events, and a non-moving party may oppose such a motion and assert that good cause to lift the stay has not been shown.

Respectfully Submitted,

Dated: July 13, 2021                                    Dated: July 13, 2021

*/s/ Alan P. Block*                                     */s/ Heidi L. Keefe*

Alan P. Block (143783)                                  Heidi L. Keefe (178960)
ablock@mckoolsmith.com                                  hkeefe@cooley.com
MCKOOL SMITH HENNIGAN, P.C.                             COOLEY LLP
300 South Grand Avenue, Suite 2900                      3175 Hanover Street
Los Angeles, California 90071                           Palo Alto, CA  94304-1130
Telephone: (213) 694-1200                               Telephone:  (650) 843-5000

*Attorneys for Plaintiff*                               *Attorneys for Defendant*
*Palo Alto Research Center Inc.*                        *Facebook, Inc.*

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 13, 2021                                    Respectfully submitted,

                                                        */s/ David Sochia*
                                                        David Sochia

                                                        *Attorney for Plaintiff*