1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No.  2:20-cv-10753-AB-MRW <br><br> **[PROPOSED] ORDER RE: JOINT STIPULATION RE STAY PENDING *INTER PARTES* REVIEW** |

Upon consideration of the Stipulation regarding Stay Pending *Inter Partes* Review Proceedings filed by Plaintiff Palo Alto Research Center Inc. and Defendant Facebook, Inc., and for good cause shown in view of Facebook's representation that it will file *inter partes* review ("IPR") petitions as to the '599 patent, the '439 patent, the '781 patent, the '475 patent, the '190 patent, and the '584 patent on or before Tuesday, August 31, 2021 (collectively the "Facebook Asserted Patents"),

IT IS HEREBY ORDERED that:

1. As of July 2, 2021, all proceedings in this action are stayed, and all deadlines pursuant to the Scheduling Order, Dkt. 46, or arising under the Federal Rules of Civil Procedure or the Local Rules, are vacated;

2. The parties will submit a joint status report every 30 days or 10 days after the PTAB's decision whether to institute any of Facebook's IPR petitions, whichever is sooner; and

3. The parties, either jointly or individually, may move the Court to re-open all or part of this case if and/or when any claims from any of the Facebook Asserted Patents remain live and/or unchallenged due to: (1) Facebook's failure to file an IPR petition on all asserted claims of all Facebook Asserted Patents, (2) the PTAB's denial of institution on any asserted claim of any Facebook Asserted Patent, (3) the PTAB's final written decision upholding validity of any asserted claim of any Facebook Asserted Patent, and/or (4) the dismissal of Facebook's IPR petition(s) for any reason. Notwithstanding the foregoing, the Court is not required to grant a motion to re-open based on the occurrence of any of the above-mentioned events, and a non-moving party may oppose such a motion and assert that good cause to lift the stay has not been shown.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE