[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10753 AB (MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| FACEBOOK, INC., | |
| Defendant. | |

Pursuant to the Parties' Joint Stipulation Re Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent).

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary response to each of the '475 Patent petition and the '599 Patent petition is due on October 28, 2021. The Patent Trial and Appeal Board's decision on whether to institute either of the '475 Patent petition and the '599 Patent petition are due by approximately January 28, 2022.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed

the petition as IPR2021-01472 (regarding the '190 Patent).

The Patent Trial and Appeal Board has not yet accorded filing dates to the petitions relating to the '584 Patent, '439 Patent, '781 Patent, and '190 Patent. As such, no deadline yet exists for Plaintiff's patent owner preliminary response to each petition or for the Patent Trial and Appeal Board's decision on whether to institute.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

1 | Respectfully Submitted,

3 | Dated: September 13, 2021                    Dated: : September 13, 2021

5 | MCKOOL SMITH, P.C.                            COOLEY LLP

6 | By:  /s/  David Sochia                       By:  /s/  Heidi L. Keefe

Alan P. Block (SBN 143783)                      Heidi L. Keefe (178960)
ablock@mckoolsmith.com                          hkeefe@cooley.com
MCKOOL SMITH HENNIGAN, P.C.                     Mark R. Weinstein (193043)
300 South Grand Avenue, Suite 2900              mweinstein@cooley.com
Los Angeles, California 90071                   Lowell D. Mead (223989)
Telephone: (213) 694-1200                       lmead@cooley.com
Facsimile: (213) 694-1234                       3175 Hanover Street
                                                Palo Alto, CA  94304-1130
David Sochia (TX SBN 00797470)                  Telephone:  (650) 843-5000
(Pro Hac Vice)
dsochia@McKoolSmith.com                         COOLEY LLP
Ashley N. Moore (TX SBN 24074748)               Emily E. Terrell (234353)
(Pro Hac Vice)                                  eterrell@cooley.com
amoore@McKoolSmith.com                          1299 Pennsylvania Avenue, NW
Alexandra F. Easley (TX SBN 24099022)           Suite 700
(Pro Hac Vice)                                  Washington, DC 20004-2400
aeasley@McKoolSmith.com                         Telephone:  (202) 842-7800
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500                  ATTORNEYS FOR DEFENDANT
Dallas, Texas 75201                             FACEBOOK, INC.
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO
ALTO RESEARCH CENTER INC.

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 13, 2021              Respectfully submitted,

                                       /s/ David Sochia
                                       David Sochia

                                       *Attorney for Plaintiff*

McKool Smith, P.C.