[counsel listed on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10753 AB (MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| FACEBOOK, INC., | |
| Defendant. | |

1    Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review
2  (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case
3  Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status
4  report:

5    On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for
6  *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent
7  Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475
8  Patent).

9    On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
10  Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed
11  the petition as IPR2021-01294 (regarding the '599 Patent).

12    Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary
13  response to both the '475 Petition and the first '599 Petition were filed on October 28,
14  2021. The Patent Trial and Appeal Board's decision on whether to institute review of
15  either the '475 Petition or the first '599 Petition are due by approximately January 28,
16  2022.

17    On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
18  Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed
19  the petition as IPR2021-01434 (regarding the '584 Patent).

20    On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
21  Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed
22  the petition as IPR2021-01461 (regarding the '439 Patent).

23    On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
24  Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed
25  the petition as IPR2021-01467 (regarding the '781 Patent).

26    On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
27  Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed
28

the petition as IPR2021-01472 (regarding the '190 Patent).

Plaintiff's patent owner preliminary responses to both '781 Petition and the '190 Petition are due on December 16, 2021. The PTAB's decisions on whether to institute review of the '781 Patent petition and the '190 Petition are due by approximately March 16, 2022. Plaintiff's patent owner preliminary response to the '439 Petition is due December 28, 2021, and the PTAB's decision on whether to institute review of the '439 petition is due on approximately March 28, 2022.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent). Plaintiff's patent owner preliminary response to the second '599 Petition is due January 7, 2022, and the PTAB's decision on whether to institute review of the '599 Petition is due April 7, 2022.

Plaintiff's patent owner preliminary response to the '584 Petition is due January 14, 2022, and the PTAB's decision on whether to institute review of the '584 Petition is due April 14, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

Case 2:20-cv-10753-AB-MRW   Document 54   Filed 11/12/21   Page 4 of 5   Page ID #:1653

Respectfully Submitted,

Dated: November 12, 2021

MCKOOL SMITH, P.C.

By: /s/ David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Dated:  November 12, 2021

COOLEY LLP

By: /s/ Heidi L. Keefe

Heidi L. Keefe (178960)
hkeefe@cooley.com
Mark R. Weinstein (193043)
mweinstein@cooley.com
Lowell D. Mead (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000

COOLEY LLP
Emily E. Terrell (234353)
eterrell@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800

ATTORNEYS FOR DEFENDANT FACEBOOK, INC.

3
JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10753 AB(MRWx)

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 12, 2021              Respectfully submitted,

/s/ David Sochia
David Sochia

*Attorney for Plaintiff*

McKool Smith, P.C.