[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>FACEBOOK, INC., <br><br>　　　　Defendant. | Case No. 2:20-cv-10753 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent).

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary response to both the '475 Petition and the first '599 Petition were filed on October 28, 2021. The Patent Trial and Appeal Board's decision on whether to institute review of either the '475 Petition or the first '599 Petition are due by approximately January 28, 2022.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed

the petition as IPR2021-01472 (regarding the '190 Patent).

Plaintiff's patent owner preliminary responses to both '781 Petition and the '190 Petition were filed on December 16, 2021. The PTAB's decisions on whether to institute review of the '781 Patent petition and the '190 Petition are due by approximately March 16, 2022. Plaintiff's patent owner preliminary response to the '439 Petition was filed on December 28, 2021, and the PTAB's decision on whether to institute review of the '439 petition is due on approximately March 28, 2022.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent). Plaintiff filed its patent owner preliminary response to the second '599 Petition on January 7, 2022, and the PTAB's decision on whether to institute review of the '599 Petition is due April 7, 2022.

Plaintiff's patent owner preliminary response to the '584 Petition is due January 14, 2022, and the PTAB's decision on whether to institute review of the '584 Petition is due April 14, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: January 11, 2022

MCKOOL SMITH, P.C.

By: /s/ *David Sochia*

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Dated: January 11, 2022

COOLEY LLP

By: /s/ *Heidi L. Keefe*

Heidi L. Keefe (178960)
hkeefe@cooley.com
Mark R. Weinstein (193043)
mweinstein@cooley.com
Lowell D. Mead (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000

COOLEY LLP
Emily E. Terrell (234353)
eterrell@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800

ATTORNEYS FOR DEFENDANT FACEBOOK, INC.

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 11, 2022           Respectfully submitted,


           /s/ David Sochia
           David Sochia

           *Attorney for Plaintiff*