[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10753 AB (MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| FACEBOOK, INC., | |
| Defendant. | |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent).

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary response to both the '475 Petition and the first '599 Petition were filed on October 28, 2021. The Patent Trial and Appeal Board instituted both IPR2021-01264 (regarding the '475 Patent) and IPR2021-01294 (regarding the '599 Patent) on January 25, 2022, and final written decisions are due by approximately January 27, 2023. The deadline for Patent Owner's responses and motions to amend the patent in both IPR2021-01264 and IPR2021-01294 is April 15, 2022.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01472 (regarding the '190 Patent).

Plaintiff's patent owner preliminary responses to both '781 Petition and the '190 Petition were filed on December 16, 2021. The PTAB's decisions on whether to institute review of the '781 Patent petition and the '190 Petition are due by approximately March 16, 2022. Plaintiff's patent owner preliminary response to the '439 Petition was filed on December 28, 2021, and the PTAB's decision on whether to institute review of the '439 petition is due on approximately March 28, 2022. Plaintiff filed its patent owner preliminary response to the '584 Petition on January 14, 2022, and the PTAB's decision on whether to institute review of the '584 Petition is due April 4, 2022.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent). Plaintiff filed its patent owner preliminary response to the second '599 Petition on January 7, 2022, and the PTAB's decision on whether to institute review of the '599 Petition is due April 7, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: February 10, 2022                                    Dated: February 10, 2022

MCKOOL SMITH, P.C.                                          COOLEY LLP

By: _/s/ David Sochia_                                      By: _/s/ Heidi L. Keefe_

Alan P. Block (SBN 143783)                                  Heidi L. Keefe (178960)
ablock@mckoolsmith.com                                      hkeefe@cooley.com
MCKOOL SMITH HENNIGAN, P.C.                                 Mark R. Weinstein (193043)
300 South Grand Avenue, Suite 2900                          mweinstein@cooley.com
Los Angeles, California 90071                               Lowell D. Mead (223989)
Telephone: (213) 694-1200                                   lmead@cooley.com
Facsimile: (213) 694-1234                                   3175 Hanover Street
                                                            Palo Alto, CA 94304-1130
David Sochia (TX SBN 00797470)                              Telephone: (650) 843-5000
(Pro Hac Vice)
dsochia@McKoolSmith.com                                     COOLEY LLP
Ashley N. Moore (TX SBN 24074748)                           Emily E. Terrell (234353)
(Pro Hac Vice)                                              eterrell@cooley.com
amoore@McKoolSmith.com                                      1299 Pennsylvania Avenue, NW
Alexandra F. Easley (TX SBN 24099022)                       Suite 700
(Pro Hac Vice)                                              Washington, DC 20004-2400
aeasley@McKoolSmith.com                                     Telephone: (202) 842-7800
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500                              ATTORNEYS FOR DEFENDANT
Dallas, Texas 75201                                         FACEBOOK, INC.
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO
ALTO RESEARCH CENTER INC.

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 10, 2022                    Respectfully submitted,

                                            /s/ David Sochia
                                            David Sochia

                                            *Attorney for Plaintiff*

McKool Smith, P.C.