1    [counsel listed on signature page]

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

11   PALO ALTO RESEARCH CENTER INC.,          Case No. 2:20-cv-10753 AB (MRWx)

12                    Plaintiff,

13        v.                                   **JOINT STATUS REPORT**
                                               **REGARDING *INTER PARTES***
14   FACEBOOK, INC.,                           **REVIEW PETITIONS**

15                    Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith, P.C.

McKOOL SMITH, P.C.

1    Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review

2  (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case

3  Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status

4  report:

5         On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for

6  *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent

7  Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475

8  Patent).

9         On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.

10  Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed

11  the petition as IPR2021-01294 (regarding the '599 Patent).

12        Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary

13  response to both the '475 Petition and the first '599 Petition were filed on October 28,

14  2021. The Patent Trial and Appeal Board instituted both IPR2021-01264 (regarding

15  the '475 Patent) and IPR2021-01294 (regarding the '599 Patent) on January 25, 2022,

16  and final written decisions are due by approximately January 27, 2023. Patent Owner

17  filed its responses in both IPR2021-01264 and IPR2021-01294 on April 15, 2022, as

18  well as motion to amend in IPR2021-01294 on that same date.

19        On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.

20  Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed

21  the petition as IPR2021-01434 (regarding the '584 Patent).

22        On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.

23  Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed

24  the petition as IPR2021-01461 (regarding the '439 Patent).

25        On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.

26  Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed

27  the petition as IPR2021-01467 (regarding the '781 Patent).

28

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01472 (regarding the '190 Patent).

Plaintiff's patent owner preliminary responses to both '781 Petition and the '190 Petition were filed on December 16, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-01467 (regarding the '781 Patent) and IPR2021-01472 (regarding the '190 Patent) on March 8, 2022. Patent Owner's Responses to both Petitions for *Inter Partes* Review are due on May 31, 2022, and a final written decision is due by approximately March 8, 2023.

Plaintiff filed its patent owner preliminary response to the '439 Petition on December 28, 2021, and on March 24, 2022, the PTAB instituted review of IPR2021-01461 (regarding the '439 Patent). Patent Owner's Response is due on June 10, 2022, and a final written decision is due by approximately March 24, 2023.

Plaintiff filed its patent owner preliminary response to the '584 Petition on January 14, 2022, and on April 4, 2022, the PTAB instituted review of IPR2021-01434 (regarding the '584 Patent). Patent Owner's Response is due on June 27, 2022, and a final written decision is due by approximately April 4, 2023.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent.  The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent). Plaintiff filed its patent owner preliminary response to the second '599 Petition on January 7, 2022, and the PTAB denied institution on March 29, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10753 AB(MRWx)

1   Respectfully Submitted,

2

3   Dated: May 4, 2022                          Dated:  May 4, 2022

4

5   MCKOOL SMITH, P.C.                           COOLEY LLP

6   By: ___/s/ *David Sochia*_____          By: ___/s/ *Heidi L. Keefe*_____

7   Alan P. Block (SBN 143783)                   Heidi L. Keefe (178960)
    ablock@mckoolsmith.com                       hkeefe@cooley.com
8   MCKOOL SMITH HENNIGAN, P.C.                  Mark R. Weinstein (193043)
9   300 South Grand Avenue, Suite 2900           mweinstein@cooley.com
    Los Angeles, California 90071                Lowell D. Mead (223989)
10  Telephone: (213) 694-1200                    lmead@cooley.com
    Facsimile: (213) 694-1234                    3175 Hanover Street
11                                               Palo Alto, CA  94304-1130
    David Sochia (TX SBN 00797470)               Telephone:  (650) 843-5000
12  (Pro Hac Vice)
13  dsochia@McKoolSmith.com                      COOLEY LLP
    Ashley N. Moore (TX SBN 24074748)            Emily E. Terrell (234353)
14  (Pro Hac Vice)                               eterrell@cooley.com
    amoore@McKoolSmith.com                       1299 Pennsylvania Avenue, NW
15  Alexandra F. Easley (TX SBN 24099022)        Suite 700
    (Pro Hac Vice)                               Washington, DC 20004-2400
16  aeasley@McKoolSmith.com                      Telephone:  (202) 842-7800
    MCKOOL SMITH, P.C.
17  300 Crescent Court, Suite 1500              ATTORNEYS FOR DEFENDANT
18  Dallas, Texas 75201                          FACEBOOK, INC.
    Telephone: (214) 978-4000
19  Facsimile: (214) 978-4044

20  James E. Quigley (TX SBN 24075810)
21  (Pro Hac Vice)
    jquigley@McKoolSmith.com
22  MCKOOL SMITH, P.C.
    303 Colorado, Suite 2100
23  Austin,, Texas 78701
    Telephone: (512) 692-8700
24  Facsimile: (512) 692-8744

25
    ATTORNEYS FOR PLAINTIFF PALO
26  ALTO RESEARCH CENTER INC.

27

28

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10753 AB(MRWx)

MCKOOL SMITH, P.C.

1

## <u>ATTESTATION OF AUTHORIZATION</u>

2

3    Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this

4  document hereby attests that all other signatories listed, and on whose behalf the filing

5  is submitted, concur in the filing's content and have authorized this filing.

6

7  Dated: May 4, 2022                          Respectfully submitted,

8

9                                                 */s/ David Sochia*
                                                  David Sochia
10

11                                                *Attorney for Plaintiff*

12

13

McKool Smith, P.C.   14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10753 AB(MRWx)