[counsel listed on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent).

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary response to both the '475 Petition and the first '599 Petition were filed on October 28, 2021. The Patent Trial and Appeal Board instituted both IPR2021-01264 (regarding the '475 Patent) and IPR2021-01294 (regarding the '599 Patent) on January 25, 2022, and final written decisions are due by approximately January 27, 2023. Patent Owner filed its responses in both IPR2021-01264 and IPR2021-01294 on April 15, 2022, as well as motion to amend in IPR2021-01294 on that same date. Petitioner filed its reply in IPR2021-01264 on July 8, 2022. Petitioner filed its reply and opposition to motion to amend in IPR2021-01294 on July 8, 2022. The Board in IPR2021-01294 issued preliminary guidance regarding Patent Owner's motion to amend on July 28, 2022. Patent Owner filed its sur replies in both IPR2021-01264 and IPR2021-01294 on August 19, 2022, as well as a reply in support of its motion to amend in IPR2021-01294 on that same date.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent).

1	On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01472 (regarding the '190 Patent).

Plaintiff's patent owner preliminary responses to both '781 Petition and the '190 Petition were filed on December 16, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-01467 (regarding the '781 Patent) and IPR2021-01472 (regarding the '190 Patent) on March 8, 2022. Patent Owner filed its responses in both IPR2021-01467 and IPR2021-01472 on May 31, 2022. Petitioner filed its reply in IPR2021-01467 on August 23, 2022. Petitioner filed its reply in IPR2021-01472 on September 2, 2022. A final written decision is due in both IPR2021-01467 and IPR2021-01472 by approximately January 27, 2023.

Plaintiff filed its patent owner preliminary response to the '439 Petition on December 28, 2021, and on March 24, 2022, the PTAB instituted review of IPR2021-01461 (regarding the '439 Patent). Patent Owner's Response as well as a motion to amend in IPR2021-01461 were filed on June 10, 2022. Petitioner filed its reply and opposition to motion to amend in IPR2021-01461 on August 29, 2022. A final written decision in IPR2021-01461 is due by approximately March 24, 2023.

Plaintiff filed its patent owner preliminary response to the '584 Petition on January 14, 2022, and on April 4, 2022, the PTAB instituted review of IPR2021-01434 (regarding the '584 Patent). Patent Owner's Response was filed on June 27, 2022. A final written decision in IPR2021-01434 is due by approximately April 4,

2023.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent). Plaintiff filed its patent owner preliminary response to the second '599 Petition on January 7, 2022, and the PTAB denied institution on March 29, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

| | |
|---|---|
| Dated: September 6, 2022 | Dated: September 6, 2022 |
| MCKOOL SMITH, P.C. | COOLEY LLP |
| By: */s/ David Sochia* | By: */s/ Heidi L. Keefe* |
| Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>David Sochia (TX SBN 00797470)<br>(Pro Hac Vice)<br>dsochia@McKoolSmith.com<br>Ashley N. Moore (TX SBN 24074748)<br>(Pro Hac Vice)<br>amoore@McKoolSmith.com<br>Alexandra F. Easley (TX SBN 24099022)<br>(Pro Hac Vice)<br>aeasley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 | Heidi L. Keefe (178960)<br>hkeefe@cooley.com<br>Mark R. Weinstein (193043)<br>mweinstein@cooley.com<br>Lowell D. Mead (223989)<br>lmead@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br><br>COOLEY LLP<br>Emily E. Terrell (234353)<br>eterrell@cooley.com<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br><br>ATTORNEYS FOR DEFENDANT FACEBOOK, INC. |

1  James E. Quigley (TX SBN 24075810)
2  (Pro Hac Vice)
   jquigley@McKoolSmith.com
3  MCKOOL SMITH, P.C.
   303 Colorado, Suite 2100
4  Austin,, Texas 78701
   Telephone: (512) 692-8700
5  Facsimile: (512) 692-8744

6  ATTORNEYS FOR PLAINTIFF PALO
   ALTO RESEARCH CENTER INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 6, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ David Sochia
　　　　　　　　　　　　　　　　　　David Sochia

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*