[counsel listed on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br>   Plaintiff, <br><br>   v. <br><br> FACEBOOK, INC., <br><br>   Defendant. | Case No. 2:20-cv-10753 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent).

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent).

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary response to both the '475 Petition and the first '599 Petition were filed on October 28, 2021. The Patent Trial and Appeal Board instituted both IPR2021-01264 (regarding the '475 Patent) and IPR2021-01294 (regarding the '599 Patent) on January 25, 2022. Patent Owner filed its responses in both IPR2021-01264 and IPR2021-01294 on April 15, 2022, as well as its motion to amend in IPR2021-01294 on that same date. Petitioner filed its reply in IPR2021-01264 on July 8, 2022. Petitioner filed its reply and opposition to motion to amend in IPR2021-01294 on July 8, 2022. The Board in IPR2021-01294 issued preliminary guidance regarding Patent Owner's motion to amend on July 28, 2022. Patent Owner filed its sur-replies in both IPR2021-01264 and IPR2021-01294 on August 19, 2022, as well as a reply in support of its motion to amend in IPR2021-01294 on that same date. On September 30, 2022, petitioner filed a sur-reply in opposition of Patent Owner's motion to amend in IPR2021-01294. Oral arguments in both IPR2021-01264 and IPR2021-01294 were both held on October 28, 2022. A final written decision in IPR2021-01264 is due by approximately January 25, 2023. A final written decision in IPR2021-01294 is due by approximately April 6,

2023, after a November 7, 2022 order of the Board extending the one-year period to account for a proceeding related to the '599 Patent brought by Twitter, Inc.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent).

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01472 (regarding the '190 Patent).

Plaintiff's patent owner preliminary responses to both '781 Petition and the '190 Petition were filed on December 16, 2021.

The Patent Trial and Appeal Board instituted both IPR2021-01467 (regarding the '781 Patent) and IPR2021-01472 (regarding the '190 Patent) on March 8, 2022. Patent Owner filed its responses in both IPR2021-01467 and IPR2021-01472 on May 31, 2022. Petitioner filed its reply in IPR2021-01467 on August 23, 2022. Petitioner filed its reply in IPR2021-01472 on September 2, 2022. Patent Owner's sur-reply in IPR2021-01467 was filed on October 4, 2022 and its sur-reply in IPR2021-01472 was filed on October 24, 2022. Oral argument in both IPR2021-01467 and IPR2021-01472 is scheduled for December 14, 2022, and a final written decision is due in both IPR2021-01467 and IPR2021-01472 by approximately March 8, 2023.

Plaintiff filed its patent owner preliminary response to the '439 Petition on December 28, 2021, and on March 24, 2022, the PTAB instituted review of IPR2021-

01461 (regarding the '439 Patent). Patent Owner's Response as well as a motion to amend in IPR2021-01461 were filed on June 10, 2022. Petitioner filed its reply and opposition to motion to amend in IPR2021-01461 on August 29, 2022. Patent Owner's reply to its motion to amend and sur-reply were filed on October 11, 2022. Oral argument is scheduled for December 12, 2022, and a final written decision in IPR2021-01461 is due by approximately March 24, 2023.

Plaintiff filed its patent owner preliminary response to the '584 Petition on January 14, 2022, and on April 4, 2022, the PTAB instituted review of IPR2021-01434 (regarding the '584 Patent). Patent Owner's Response was filed on June 27, 2022. Petitioner filed its reply on September 29, 2022 and Patent Owner's sur-reply is due on November 21, 2022.  Oral argument is scheduled for January 5, 2023, and final written decision in IPR2021-01434 is due by approximately April 4, 2023.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent.  The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent). Plaintiff filed its patent owner preliminary response to the second '599 Petition on January 7, 2022, and the PTAB denied institution on March 29, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: November 7, 2022

MCKOOL SMITH, P.C.

By: _/s/ David Sochia_

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Dated:  November 7, 2022

COOLEY LLP

By: _/s/ Heidi L. Keefe_

Heidi L. Keefe (178960)
hkeefe@cooley.com
Mark R. Weinstein (193043)
mweinstein@cooley.com
Lowell D. Mead (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000

COOLEY LLP
Emily E. Terrell (234353)
eterrell@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800

ATTORNEYS FOR DEFENDANT FACEBOOK, INC.

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 7, 2022                    Respectfully submitted,

                                           /s/ David Sochia
                                           David Sochia

                                           *Attorney for Plaintiff*