[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent) and instituted review of IPR2021-01264 (regarding the '475 Patent) on January 25, 2022. Oral argument was held on October 28, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on January 23, 2023. A request for rehearing is due by February 22, 2023, and a notice of appeal, if a request for rehearing is not filed, is due by March 27, 2023.

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent) and instituted review of IPR2021-01294) on January 25, 2022. Oral argument was held on October 28, 2022, and the final written decision in IPR2021-01294 is due by approximately July 25, 2023, after a November 14, 2022 order of the Board extending the one-year period to account for proceedings related to the '599 Patent (IPR2021-01458 & IPR2021-00987) brought by Twitter, Inc. and Snap Inc.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent) and instituted review of IPR2021-01434 on April 4, 2022. Oral argument was held on January 5, 2023, and the final written decision is due by approximately April 4, 2023.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.

Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent) and instituted review of IPR2021-01461 on March 24, 2022. Oral argument was held on December 12, 2022, and the final written decision is due by approximately March 24, 2023.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent) and instituted review of IPR2021-01467 on March 8, 2022.  Oral argument was held on December 7, 2022, and the final written decision is due by approximately March 8, 2023.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent").  The Patent Trial and Appeal Board docketed the petition as IPR2021-01472 (regarding the '190 Patent) and instituted review of IPR2021-01472 on March 8, 2022. Oral argument was held on December 7, 2022, and the final written decision is due by approximately March 8, 2023.

On September 20, 2021, Defendant filed an additional Petition for *Inter Partes Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536 (regarding the '599 Patent), and the PTAB denied institution of IPR2021-01536 on March 29, 2022.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: February 6, 2023

MCKOOL SMITH, P.C.

By: *David Sochia*

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Dated:  February 6, 2023

COOLEY LLP

By:  *Heidi L. Keefe*

Heidi L. Keefe (178960)
hkeefe@cooley.com
Mark R. Weinstein (193043)
mweinstein@cooley.com
Lowell D. Mead (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000

COOLEY LLP
Emily E. Terrell (234353)
eterrell@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800

ATTORNEYS FOR DEFENDANT FACEBOOK, INC.

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 6, 2023                                Respectfully submitted,

                                                       /s/ David Sochia
                                                       David Sochia

                                                       *Attorney for Plaintiff*