[counsel listed on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10753 AB (MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| FACEBOOK, INC., | |
| Defendant. | |

McKool Smith, P.C.

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent) and instituted review of IPR2021-01264 (regarding the '475 Patent) on January 25, 2022. Oral argument was held on October 28, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on January 23, 2023. A notice of appeal was filed on March 24, 2023.

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent) and instituted review of IPR2021-01294) on January 25, 2022. Oral argument was held on October 28, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on March 24, 2023. A notice of appeal is due by May 26, 2023.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent) and instituted review of IPR2021-01434 on April 4, 2022. Oral argument was held on January 5, 2023, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on March 15, 2023. A notice of appeal is due by May 17, 2023.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed

1  the petition as IPR2021-01461 (regarding the '439 Patent) and instituted review of
2  IPR2021-01461 on March 24, 2022. Oral argument was held on December 12, 2022,
3  and the Patent Trial and Appeal Board issued a Final Written Decision determining all
4  challenged claims unpatentable on March 22, 2023. A notice of appeal is due by May
5  24, 2023.

6  On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
7  Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed
8  the petition as IPR2021-01467 (regarding the '781 Patent) and instituted review of
9  IPR2021-01467 on March 8, 2022. Oral argument was held on December 7, 2022, and
10 the Patent Trial and Appeal Board issued a Final Written Decision determining all
11 challenged claims unpatentable on March 2, 2023. A notice of appeal was filed on
12 May 3, 2023.

13 On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S.
14 Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed
15 the petition as IPR2021-01472 (regarding the '190 Patent) and instituted review of
16 IPR2021-01472 on March 8, 2022. Oral argument was held on December 7, 2022, and
17 the Patent Trial and Appeal Board issued a Final Written Decision determining all
18 challenged claims unpatentable on March 2, 2023. A notice of appeal was filed on
19 May 3, 2023.

20 On September 20, 2021, Defendant filed an additional Petition for *Inter Partes*
21 *Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536
22 (regarding the '599 Patent), and the PTAB denied institution of IPR2021-01536 on
23 March 29, 2022.

24 As Ordered by the Court, the Parties will continue to file a joint status report
25 every thirty days.

Respectfully Submitted,

| | |
|---|---|
| Dated: May 8, 2023 | Dated: May 8, 2023 |
| MCKOOL SMITH, P.C. | COOLEY LLP |
| By: /s/ *David Sochia* | By: /s/ *Heidi L. Keefe* |
| Alan P. Block (SBN 143783)<br>ablock@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>David Sochia (TX SBN 00797470)<br>(Pro Hac Vice)<br>dsochia@McKoolSmith.com<br>Alexandra F. Easley (TX SBN 24099022)<br>(Pro Hac Vice)<br>aeasley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>James E. Quigley (TX SBN 24075810)<br>(Pro Hac Vice)<br>jquigley@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado, Suite 2100<br>Austin,, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC. | Heidi L. Keefe (178960)<br>hkeefe@cooley.com<br>Mark R. Weinstein (193043)<br>mweinstein@cooley.com<br>Lowell D. Mead (223989)<br>lmead@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br><br>COOLEY LLP<br>Emily E. Terrell (234353)<br>eterrell@cooley.com<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br><br>ATTORNEYS FOR DEFENDANT FACEBOOK, INC. |

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 8, 2023                    Respectfully submitted,

                                      */s/ David Sochia*
                                      David Sochia

                                      *Attorney for Plaintiff*