1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>        Plaintiff.<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 2:20-cv-10753 AB(MRWx)<br><br>**ORDER RE: JOINT STIPULATION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION** |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

- Xerox Corporation is substituted for Palo Alto Research Center Inc. ("PARC") in this case;
- Meta Platforms, Inc. replaces Facebook, Inc. as the Defendant's official name in this case;
- PARC, to the extent Xerox does not possess requested documents or otherwise refuses to produce requested documents, shall limit its objections to any document subpoenas that are served in connection with this case to those objections a party could make, and shall not use its changed status as a non-party to object to, limit, or otherwise resist discovery, although it may make other appropriate objections;
- PARC, shall accept service of said subpoenas through its outside counsel for this matter, which is presently McKool Smith P.C. PARC shall promptly notify Meta Platforms, Inc. through its outside counsel if it changes its outside counsel for this matter and immediately provide an alternative agent of service who, by virtue of this stipulation, will be authorized to accept discovery requests for PARC; and
- The caption of this matter be changed to reflect these changes.

The amended case caption should read as follows:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| XEROX CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.<br><br>             Defendant. | Case No. 2:20-cv-10753 AB (MRWx) |

**IT IS SO ORDERED.**

Dated: May 24, 2023

_____
Hon. André Birotte Jr.
United States District Judge