1  Alan P. Block (SBN 143783)
   ablock@mckoolsmith.com
2  MCKOOL SMITH, P.C.
   300 South Grand Avenue, Suite 2900
3  Los Angeles, California 90071
   Telephone:  (213) 694-1200
4  Facsimile:  (213) 694-1234

5  David Sochia (TX SBN 00797470)
   (Pro Hac Vice)
6  dsochia@McKoolSmith.com
   Alexandra F. Easley (TX SBN 24099022)
7  (Pro Hac Vice)
   aeasley@McKoolSmith.com
8  MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 500
9  Dallas, Texas 75201
   Telephone: (214) 978-4000
10 Facsimile: (214) 978-4044

11 James E. Quigley (TX SBN 24075810)
   (Pro Hac Vice)
12 jquigley@McKoolSmith.com
   MCKOOL SMITH, P.C.
13 303 Colorado Street, Suite 2100
   Austin, Texas 78701
14 Telephone: (512) 692-8700
   Facsimile: (512) 692-8744

15
   Attorneys for Plaintiff
16 XEROX CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| XEROX CORPORATION,<br><br>　　Plaintiff.<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　Defendant. | Case No. 2:20-cv-10753 AB(MRWx)<br><br>**CORPORATE DISCLOSURE STATEMENT FOR XEROX CORPORATION** |

Pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Xerox Corporation states:

- Xerox Corporation certifies that it is a wholly-owned subsidiary of Xerox Holdings Corporation.

- No publicly held company owns more than 10% of Xerox Holdings Corporation's outstanding common stock.

| | | |
|---|---|---|
| 1 | DATED: May 31, 2023 | Respectfully submitted, |
| 2 | | MCKOOL SMITH, P.C. |
| 3 | | BY  /s/ *David Sochia* |
| 4 | |      David Sochia |

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF
XEROX CORPORATION