[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| XEROX CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-10753 AB (MRWx)<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 49), the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 50), and the Court's in Chambers Order Amending Order Re: Stipulation Re Stay Pending Inter Partes Review (Dkt. 79), the Parties hereby submit this joint status report:

On July 16, 2021, Defendant Facebook, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01264 (regarding the '475 Patent) and instituted review of IPR2021-01264 (regarding the '475 Patent) on January 25, 2022. Oral argument was held on October 28, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on January 23, 2023. A notice of appeal was filed on March 24, 2023. The Federal Circuit docketed the appeal as No. 2023-1714. X Corp. also filed an IPR against the '475 patent. Xerox appealed the final written decision in that case as well, and it is docketed as companion case No. 2023-1913. Xerox filed its opening brief in both appeals on August 28, 2023.

On July 20, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01294 (regarding the '599 Patent) and instituted review of IPR2021-01294) on January 25, 2022. Oral argument was held on October 28, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on March 24, 2023. A notice of appeal was filed on May 24, 2023. The Federal Circuit docketed the appeal as No. 2023-1985. X Corp. and Snap, Inc. also filed IPRs against the '599 patent. Xerox appealed the final written decisions in those cases (cases 2023-1983 and 2023-1988), as did Snap, Inc. (case 2023-2028). The Federal Circuit consolidated case 2023-1985 is with cases 2023-1983, 2023-1988, and 2023-2028. Xerox's opening brief is currently due on

November 17, 2023.

On August 30, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,732,584 (the "'584 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01434 (regarding the '584 Patent) and instituted review of IPR2021-01434 on April 4, 2022. Oral argument was held on January 5, 2023, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on March 15, 2023. No notice of appeal was filed.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01461 (regarding the '439 Patent) and instituted review of IPR2021-01461 on March 24, 2022. Oral argument was held on December 12, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on March 22, 2023. A notice of appeal was filed on May 23, 2023. The Federal Circuit docketed the appeal as No. 2023-1969. X Corp. and Snap, Inc. also filed IPRs against the '439 patent. Xerox appealed the final written decisions in those cases. They are docketed as companion cases 2023-1967 and 2023-1968. Xerox's opening briefs are currently due on October 30, 2023.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 8,606,781 (the "'781 Patent"). The Patent Trial and Appeal Board docketed the petition as IPR2021-01467 (regarding the '781 Patent) and instituted review of IPR2021-01467 on March 8, 2022. Oral argument was held on December 7, 2022, and the Patent Trial and Appeal Board issued a Final Written Decision determining all challenged claims unpatentable on March 2, 2023. A notice of appeal was filed on May 3, 2023. The Federal Circuit docketed the appeal as No. 2023-1911. Xerox filed its opening brief on October 12, 2023.

On August 31, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,137,190 (the "'190 Patent"). The Patent Trial and Appeal Board docketed

1  the petition as IPR2021-01472 (regarding the '190 Patent) and instituted review of
2  IPR2021-01472 on March 8, 2022. Oral argument was held on December 7, 2022, and
3  the Patent Trial and Appeal Board issued a Final Written Decision determining all
4  challenged claims unpatentable on March 2, 2023. A notice of appeal was filed on
5  May 3, 2023. The Federal Circuit docketed the appeal as No. 2023-1912. Xerox's
6  opening brief is currently due on October 27, 2023.

7       On September 20, 2021, Defendant filed an additional Petition for *Inter Partes*
8  *Review* of the '599 Patent. The PTAB docketed the petition as IPR2021-01536
9  (regarding the '599 Patent), and the PTAB denied institution of IPR2021-01536 on
10 March 29, 2022.

Respectfully Submitted,

Dated: October 23, 2023

MCKOOL SMITH, P.C.

By: /s/ *David Sochia*

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF XEROX CORPORATION

Dated: October 23, 2023

COOLEY LLP

By: /s/ *Heidi L. Keefe*

Heidi L. Keefe (178960)
hkeefe@cooley.com
Mark R. Weinstein (193043)
mweinstein@cooley.com
Lowell D. Mead (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000

COOLEY LLP
Emily E. Terrell (234353)
eterrell@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800

ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.

## **ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 23, 2023              Respectfully submitted,

                                     */s/ David Sochia*
                                     David Sochia

                                     *Attorney for Plaintiff*